IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOYCE MASON, on behalf of M.D.H. | * |
| Plaintiff, | * |
| v. | Case No.   5:20-cv-00329-TES-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 27, 2021, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 27th day of July, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk